`Case 1:15-cv-01657-EGS   Document 11   Filed 06/03/16   Page 1 of 2`

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANGON CHOMDET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED BEAN SYSTEM, INC. et al. <br><br> Defendants. | Civil Action No. 1:15-cv-01657-EGS |

### JOINT STATUS REPORT

Defendants Pramote Changsila, Red Bean System, Inc., Red Bean System II, Inc., and Ja-Roen-D, Inc. and Plaintiffs Bangon Chomdet and Usias Abraham Santos Hernandes (collectively the "Parties"), through their respective counsel of record, submit this joint report regarding the status of the litigation pursuant to the Court's minute order of February 1, 2016.

The Parties have reached agreement in principle on the terms of a settlement of all claims. Because of this resolution, the Parties request that the Court remove from the calendar the status conference scheduled for June 9, 2016. The Parties anticipate filing a joint stipulation of dismissal, with prejudice, within 21 days.

<table>
<tr><td>June 3, 2016</td><td>Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br><br>_/s/ Jacqueline C. Tully_____<br>Jacqueline C. Tully (DC Bar No. 978228)<br>10701 Parkridge Blvd., Suite 300<br>Reston, VA  20191<br>Telephone:  (703) 483-8300<br>Facsimile:  (703) 483-8301<br>TullyJ@jacksonlewis.com<br><br>*Counsel for Defendants*<br><br>_/s/ Gregg C. Greenberg_ (with permission)<br>Gregg C. Greenberg, Esq.<br>Zipin, Amster & Greenberg, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910<br>Telephone: 301-587-9373<br>Fax: 301-587-9397<br>ggreenberg@zagfirm.com<br><br>*Counsel for Plaintiffs*</td></tr>
</table>

2